

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:      Milton Wayne Kay v. The State of Texas

Appellate case number:   01-13-00595-CR

Trial court case number:  D-120519-R

Trial court:             260th District Court of Orange County

      An abatement record that complies with our Order of Abatement has been filed with the Clerk of this Court. The appeal is **reinstated**.

      The appellant's brief is due to be filed with the Clerk of this Court within 30 days of the date of this order. Appellee's brief, if any, is due to be filed within 30 days after appellant's brief is filed. *See* TEX. R. APP. PROC. 38.6.

Clerk's signature:     /s/ Christopher A. Prine
                           Clerk of the Court

Date:            October 7, 2013